**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6617**

---

EVERETTE N. QUILLER,

Plaintiff - Appellant,

versus

GREG DION; JOSEPH WHITMORE, Sergeant,

Defendants -Appellees,

and

JOE MCQUEEN,

Defendant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-99-220-5-BR-2)

---

Submitted: August 30, 2000          Decided: September 7, 2000

---

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Everette N. Quiller, Appellant Pro Se. Edwin Constant Bryson, Jr., PATTERSON, DILTHEY, CLAY & BRYSON, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Everette N. Quiller appeals the district court's order granting summary judgment to Appellees on his 42 U.S.C.A. § 1983 (West Supp. 2000) action. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Quiller v. Dion, No. CA-99-220-5-BR-2 (E.D.N.C. Apr. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED